UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:19-cr-00033-JDL |
| ) | |
| ISAIAH MOKEME, et al ) | |

### SPEEDY TRIAL ORDER

This matter comes before the court upon the defendant's Unopposed Motion to Continue from the February 2020 Trial List (ECF No. 78). The defendant has represented: (1) Isaiah Mokeme is charged with drug trafficking in the above-listed matter. This matter has been placed on the February 2020 trial list; (2) the discovery in this case is comprehensive and the defendant is still in the process of analyzing such. Accordingly, Mr. Mokeme is requesting a continuance to the April 2020 trial list; (3) additionally, Mr. Mokeme is facing charges in another jurisdiction and is seeking a global resolution to both cases. The parties are actively working on a resolution but need more time to finalize such. The defendant is requesting to continue the trial to April 2020 list to allow for final plea negations to occur; and (4) the defendant waives his Speedy Trial rights from February 3, 2020, to April 6, 2020. The government has represented that it does not object to the defendant's motion.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court further finds that such an extension of time is reasonable as to all of the parties because, given the interrelated nature of the evidence in this case, conducting multiple trials would

be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. This matter shall be removed from the February 3, 2020, trial list and added to the April 6, 2020, trial list.

3. The time period between February 3, 2020, and April 6, 2020, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

4. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

Dated: January 23, 2020

                                                  **/s/ Jon D. Levy**
                                                  **CHIEF U.S. DISTRICT JUDGE**